```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                                     Case No. 09-cr-28-PB

**Frederick Gilbert**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2009, citing the need for additional time to negotiate a plea agreement. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to August 18, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 28, 2009 final pretrial conference is continued to July 30, 2009 at 3:15 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 8, 2009

cc: Jeffrey Levin, Esq.
    Joseph Caulfield, Esq.
    Debra Walsh, Esq.
    United States Probation
    United States Marshal

2